No. 86–6886. MELNICK v. CITY OF MENTOR. Appeal from Ct. App. Ohio, Lake County, dismissed for want of properly presented federal question.

No. 86–7023. W. L. H. v. K. B. M. ET AL. Appeal from Sup. Ct. Pa. dismissed for want of properly presented federal question.

No. 86–1840. CLAYPOOL ET AL. v. CLAYPOOL. Appeal from Sup. Ct. S. C. Motion of appellee for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of jurisdiction.

No. 86–1875. DEWEESE NELSON REALTY, INC. v. EQUITY SERVICES CO. ET AL. Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.

No. 86–1985. FREED ET UX. v. WORCESTER COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. Appeal from Ct. Sp. App. Md. dismissed for want of substantial federal question.

No. 86–2061. CITIZENS FOR BETTER EDUCATION ET AL. v. GOOSE CREEK CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ET AL. Appeal from Ct. App. Tex., 1st Dist., dismissed for want of substantial federal question.

No. 86–7010. CLAY v. CLAY ET AL. Appeal from Ct. App. Minn. dismissed for want of substantial federal question.

No. 87–14. CHASE v. SCHLEUNING. Appeal from Ct. App. Ore. dismissed for want of substantial federal question.

No. 87–23. LONG v. HARRISON, A MINOR, BY AND THROUGH HIS NEXT FRIENDS AND NATURAL PARENTS, HARRISON, ET AL. Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.

No. 87–45. LUND ET UX. v. COUNTY OF HENNEPIN. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 87–51. HANSEN v. CITY OF SAN BUENAVENTURA, CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of sub-